[No. 28594-1-II.   Division Two.   July 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DON BOOTH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01729-4, Bryan E. Chushcoff, J., entered April 10, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 28614-9-II.   Division Two.   July 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL ROGER LINDSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01751-9, Barbara D. Johnson, J., entered April 10, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 28891-5-II.   Division Two.   July 2, 2003.]

JERALD OSTERMAN, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-00471-6, Wm. Thomas McPhee, J., entered June 12, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 29036-7-II.   Division Two.   July 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THOMAS GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-05744-1, Karen L. Strombom, J., entered July 12, 2002. *Remanded* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.